

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-23-00064-CR

## IN RE DANNY TEAL

---

## Original Proceeding

### From the 66th District Court
### Hill County, Texas
### Trial Court No. F193-20A

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus filed on March 3, 2023 by Relator Danny Teal

is denied.

MATT JOHNSON
Justice



Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Opinion issued and filed March 15, 2023
Do not publish
[OT06]